IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARDONE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION (CALTRANS), et al.,<br><br>    Defendants. | Case No. 24-cv-04800-MMC<br><br>**ORDER DENYING AS MOOT PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Before the Court is plaintiffs' "Motion for Temporary Restraining Order and Preliminary Injunction," filed August 7, 2024.  Defendants have filed opposition thereto.  The motion came before the Court on August 8, 2024.  Andrea M. Hanson and Osha Neumann of Where Do We Go appeared on behalf of plaintiffs.  Mark D. Guenzi and Jose A. Gonzalez appeared on behalf of defendants.

Having read and considered the parties' respective written submissions, and having considered the oral arguments made at the hearing, the Court, for the reasons stated on the record, hereby DENIES plaintiffs' motion as moot, in that all but one of the events plaintiffs sought to restrain have already occurred, and, as to that one matter, the parties have arrived at a stipulation.

**IT IS SO ORDERED.**

Dated: August 8, 2024

                                            MAXINE M. CHESNEY<br>                                            United States District Judge